**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____     Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **American Medical Home Health Services-San Antonio, LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

_____
_____
_____
_____

**3. Debtor's federal Employer Identification Number (EIN)**

7 6 – 0 7 5 8 6 9 1

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1409 North Stuart Place Road** | **506 Valley Brook Road** |
| Number          Street | Number          Street |
| **Harlingen, TX 78552** | **McMurray, PA 15317** |
| City          State     ZIP Code | City          State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Cameron** | |
| County | Number          Street |
| | City          State     ZIP Code |

**5. Debtor's website (URL)**          **https://www.americanmedicalprograms.com/**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **American Medical Home Health Services-San Antonio, LLC**
     Name                                         Case number *(if known)*

**7. Describe debtor's business**

*A. Check one:*
- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☐ None of the above

*B. Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____ When _____ Case number _____
                                                 MM / DD / YYYY
          District _____ When _____ Case number _____
                                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☑ Yes.  Debtor  **Hub City Home Health Inc** _____ Relationship _____
          District  **Southern District of Texas** _____ When _____
                                                   MM / DD / YYYY
          Case number, if known _____

Debtor    **American Medical Home Health Services-San Antonio, LLC**                    Case number *(if known)* _____
       Name

| | |
|---|---|
| **11. Why is the case filed in** *this* **district?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?** _____<br>    Number     Street<br>    _____<br>    _____<br>    City     State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

## ▮ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99    ☐ 1,000-5,000  ☐ 5,001-10,000    ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor    **American Medical Home Health Services-San Antonio, LLC**          Case number *(if known)* _____
      Name

| | | | | | |
|---|---|---|---|---|---|
| **16. Estimated liabilities** | ☐ | $0-$50,000 | ☐ | $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ | $50,001-$100,000 | ☐ | $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ | $100,001-$500,000 | ☐ | $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ | $500,001-$1 million | ☐ | $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **11/09/2024**
           MM/  DD/  YYYY

**X** **/s/ Robert Dojonovic**                          **Robert Dojonovic**
  Signature of authorized representative of debtor          Printed name

Title          **President**

**18. Signature of attorney**

**X** **/s/ Shelby A Jordan**          Date  **11/09/2024**
  Signature of attorney for debtor                    MM/  DD/  YYYY

**Shelby A Jordan**
Printed name

**Jordan & Ortiz, P.C.**
Firm name

**500 N Shoreline Blvd. 804**
Number          Street

**Corpus Christi**                    **TX**          **78401**
City                              State          ZIP Code

**(361) 884-5678**                    **sjordan@jhwclaw.com**
Contact phone                      Email address

**11016700**                    **TX**
Bar number                      State

Debtor   **American Medical Home Health Services-San Antonio, LLC**
         Name

Case number *(if known)* _____

## Additional Page

10. Continued

Debtor **American Medical Home Health Services, LLC**

District **Southern District of Texas**

Case number, if known _____

Relationship _____

When _____
             MM / DD / YYYY

Debtor **American Medical Hospice Care LLC**

District **Southern District of Texas**

Case number, if known _____

Relationship _____

When _____
             MM / DD / YYYY

Debtor **American Medical Programs, Inc.**

District **Southern District of Texas**

Case number, if known _____

Relationship _____

When _____
             MM / DD / YYYY

---

Fill in this information to identify the case:

Debtor name **American Medical Home Health Services-San Antonio, LLC**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

---

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Palmetto GBA LLC<br>2300 Springdale Drive<br>Camden, SC 29020 | | Outstanding CAAP | | | | $608,571.04 |
| 2 | Optum Financial, Inc<br>11000 Optum Circle<br>Eden Prairie, MN 55344 | | Temporary Funding Assistance Program | | | | $398,400.00 |
| 3 | AlphaCare Health Solutions<br>206 Carnousty Drive<br>Cibolo, TX 78108 | | Physical Therapy | | | | $25,320.00 |
| 4 | US Small Business Administration<br>2 North 20th Street Suite 320<br>Birmingham, AL 35203 | | Disaster COVID-19 Economic Injury | | | | $22,870.42 |
| 5 | ANG-A Nava & Glander<br>13409 NW Military Hwy Suite 300<br>San Antonio, TX 78231 | | Attorney for Legal Case | | | | $21,747.30 |
| 6 | Bmark 2020-B18 Brass Professional II, LLC<br>84 NE Loope 410 Suite 149<br>San Antonio, TX 78216 | | SA Office | | | | $18,204.04 |
| 7 | Retro Tax<br>920 W. 79th Street<br>Indianapolis, IN 46260 | | Tax Credit | | | | $12,922.80 |
| 8 | Whyte Appeals<br>310 W. Sunset St.<br>San Antonio, TX 78209 | | Appeal Attorneys | | | | $11,880.00 |

Debtor    **American Medical Home Health Services-San Antonio, LLC**     Case number *(if known)* _____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | KD Quality Coding 1754 High Ridge Drive Blanchard, OK 73010 | | Oasis Coding | | | | $7,140.00 |
| 10 | Premium Med Billing Services LLC PO Box 592437 San Antonio, TX 78259 | | Billing Services | | | | $5,764.56 |
| 11 | Ubeo LL 11827 Tech Com Road Suite 200 San Antonio, TX 78233 | | Equipment | | | | $2,372.90 |
| 12 | Fact Institute 13032 Nacadoches Road Suite 207 San Antonio, TX 78217 | | Vocational Therapy | | | | $1,847.56 |
| 13 | Deluxe Business PO Box 7247 Philadelphia, PA 19170 | | Pre-Signed Checks for AP and Payroll | | | | $1,804.46 |
| 14 | US Bank Equipment Finance PO Box 790448 Saint Louis, MO 63179 | | Equipment | | | | $1,664.95 |
| 15 | Cameron Operations, Inc. 1411 N Stuart Place Suite A Harlingen, TX 78552 | | Harlingen Office rent | | | | $1,026.16 |
| 16 | Assured Benefits PO Box 679145 Dallas, TX 75267 | | Medical Insurance for Providers | | | | $945.00 |
| 17 | MLB Therapy Services PC 7970 Therapy Services Road Suite 101-708 San Antonio, TX 78229 | | Therapy Services | | | | $750.00 |
| 18 | Toshiba PO Box 550599 Jacksonville, FL 32255 | | Equipment | | | | $560.66 |
| 19 | ETC Lite, LLC PO Box 700970 San Antonio, TX 78270 | | Code determination and consulting | | | | $507.81 |
| 20 | TXU Energy PO Box Box 650700 Dallas, TX 75265 | | Electric - San Antonio | | | | $360.00 |

Fill in this information to identify the case:

Debtor name **American Medical Home Health Services-San Antonio, LLC**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **11/09/2024**
              MM/ DD/ YYYY

X   **/s/ Robert Dojonovic**
Signature of individual signing on behalf of debtor

**Robert Dojonovic**
Printed name

**President**
Position or relationship to debtor

1:51 PM

11/08/24

Cash Basis

# American Medical Home Health Services - San Antonio LLC
## Balance Sheet
### As of December 31, 2023

|  | Dec 31, 23 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1005 · PNC Bank | -54,369.49 |
| 1010 · CHASE - Payroll Account (2372) | -283,803.23 |
| 1011 · CHASE - Accounts Payable (2380) | -2,543.61 |
| 1012 · CHASE - Operating (3279) | 6,568,009.77 |
| **Total Checking/Savings** | 6,227,293.44 |
| **Other Current Assets** | |
| 1050 · PAS Payroll Clearing | 76,931.79 |
| 1215 · Prepaid Expenses | |
| Loan to AMP | 303,376.44 |
| **Total 1215 · Prepaid Expenses** | 303,376.44 |
| 1228 · Employee Loan | 12,090.12 |
| **Total Other Current Assets** | 392,398.35 |
| **Total Current Assets** | 6,619,691.79 |
| **TOTAL ASSETS** | **6,619,691.79** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| Chase Credit Card | 4,249.32 |
| **Total Credit Cards** | 4,249.32 |
| **Other Current Liabilities** | |
| ERC Monies | 6,808,409.25 |
| 2100 · Payroll Liabilities | |
| 2105 · Child Support Payable | 3,304.07 |
| 2515 · Wage Garnishment Payable | 303.15 |
| **Total 2100 · Payroll Liabilities** | 3,607.22 |
| 2300 · Payroll Taxes Payable | |
| 2305 · Fica & Fit Payable | 223,231.26 |
| 2310 · Futa (940) Payable | 38,610.37 |
| 2315 · Suta (TWC) Payable | 31,896.53 |
| **Total 2300 · Payroll Taxes Payable** | 293,738.16 |
| 2818 · A/P - AMHHS | |
| 2825 · A/P - Hospice | 128,100.00 |
| 2830 · A/P - Hub City | 94,000.00 |
| 2835 · A/P - Mathis | 662,000.00 |
| **Total 2818 · A/P - AMHHS** | 884,100.00 |
| 2850 · Loan Payable - CMS | 608,571.04 |
| 2860 · N/P - United Capital (Pris) | 439,797.55 |
| **Total Other Current Liabilities** | 9,038,223.22 |
| **Total Current Liabilities** | 9,042,472.54 |
| **Long Term Liabilities** | |
| 2910 · SBA-EIDL Loan | 159,900.00 |
| **Total Long Term Liabilities** | 159,900.00 |
| **Total Liabilities** | 9,202,372.54 |

1:51 PM

11/08/24

Cash Basis

**American Medical Home Health Services - San Antonio LLC**
## Balance Sheet
**As of December 31, 2023**

|  | Dec 31, 23 |
|---|---|
| **Equity** |  |
| 3010 · Retained Earnings | -2,567,217.33 |
| Net Income | -15,463.42 |
| **Total Equity** | -2,582,680.75 |
| **TOTAL LIABILITIES & EQUITY** | 6,619,691.79 |

1:24 PM

11/08/24

Cash Basis

**American Medical Home Health Services - San Antonio LLC**
**Profit & Loss**
**January through December 2023**

|  | Jan - Dec 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Income** | |
| **4000 · Income - PHC** | |
| 4010 · PHC Services Income | 80,259.95 |
| 4015 · UHC Community Medicaid Income | 1,015,863.30 |
| 4020 · PHC- Private Pay Income | 10,298.79 |
| 4021 · PHC - Health & Human -Medicaid | 7,325,094.95 |
| 4025 · PHC - TX ST Compt. MHP Medicaid | 8,171.37 |
| 4030 · Income - PHC Centene Corp | 2,857,859.11 |
| 4040 · PHC Ameri Group | 2,357,512.92 |
| 4050 · PHC-Molina | 20,044.57 |
| 4000 · Income - PHC - Other | 4,346.12 |
| **Total 4000 · Income - PHC** | 13,679,451.08 |
| **4100 · Income - Home Health** | |
| 4105 · JM MAC - HH  Medicare Income | 289,702.09 |
| 4110 · Home Health Services Income | 262.00 |
| 4111 · HH - hnb-echo (AAA) | 1,379,211.47 |
| 4112 · HH - (medicare) My Nexus | 3,125.00 |
| 4115 · HH - United HealthCare Insuance | 474.90 |
| 4120 · HH - Humana | 65,096.85 |
| 4135 · Home Health Private Pay Income | 34,493.00 |
| 4140 · HH  Blue Cross Blue Shield | 63,778.13 |
| 4145 · HH- Community First Health Plan | 10,289.39 |
| 4100 · Income - Home Health - Other | 402.60 |
| **Total 4100 · Income - Home Health** | 1,846,835.43 |
| **Total Income** | 15,526,286.51 |
| **Total Income** | 15,526,286.51 |
| **Gross Profit** | 15,526,286.51 |
| **Expense** | |
| **5100 · Operating Expense** | |
| 5110 · Bank Fees | 36,027.50 |
| **5111 · Contracted Services** | |
| 5117 · Consulting Services | 33,872.24 |
| 5111 · Contracted Services - Other | 6,087.10 |
| **Total 5111 · Contracted Services** | 39,959.34 |
| **5120 · Contracted Therapy Service** | |
| 5121 · Contracted - Class Therapy Serv | 133,899.96 |
| 5122 · Contracted - PT Services | 155,623.87 |
| 5120 · Contracted Therapy Service - Other | 3,550.00 |
| **Total 5120 · Contracted Therapy Service** | 293,073.83 |
| 5170 · Dues & Subscriptions | 20,634.54 |
| **5202 · Insurance** | |
| 5206 · Insurance - Sec 125 (Emp) | 61,200.09 |
| 5208 · Insurance - Prof & Bldg Co | 16,028.09 |
| **Total 5202 · Insurance** | 77,228.18 |
| 5215 · Legal & Professional Fees | 46,448.48 |
| 5219 · Magement Fees | 1,108,500.00 |
| 5220 · Marketing Expense | 5,747.69 |
| 5221 · License & Fees | 6,045.66 |
| 5228 · Medical Supplies | 3,915.63 |
| 5229 · Medical Waste Disposal | 1,218.48 |

1:24 PM

11/08/24

Cash Basis

# American Medical Home Health Services - San Antonio LLC
## Profit & Loss
### January through December 2023

|                                                  | Jan - Dec 23 |
|--------------------------------------------------|-------------:|
| **5230 · Mileage Expense**                       |              |
| 5234 · Mileage - Coordination                    | 1,677.21     |
| 5237 · Mileage - LVN                             | 9,793.09     |
| 5238 · Mileage - Marketing                       | 2,647.42     |
| 5239 · Mileage - MSW                             | 21.09        |
| 5241 · Mileage - Other                           | 3,045.70     |
| 5242 · Mileage - PAS Field Superv                | 30,655.04    |
| 5243 · Mileage - PAS Manager                     | 781.44       |
| 5245 · Mileage- IT                               | 4,685.31     |
| 5248 · Mileage - RN                              | 52,388.95    |
| 5250 · Mileage - PT                              | 8,360.86     |
| **Total 5230 · Mileage Expense**                 | 114,056.11   |
| **5400 · Office Expense**                        | 26,653.46    |
| **5412 · Patient Medical Expense**               | 6,391.54     |
| **5415 · Postage & Freight**                     | 0.00         |
| **5600 · Rent**                                  |              |
| 5610 · Rent - Building                           | 255,500.51   |
| 5620 · Rent - Equipment                          | 17,125.66    |
| 5600 · Rent - Other                              | 2,682.95     |
| **Total 5600 · Rent**                            | 275,309.12   |
| **5675 · Software Fee Expense**                  | 66,648.71    |
| **6295 · Telephone & Communications**            |              |
| 6296 · Cell Phones                               | 1,100.01     |
| 6297 · Internet                                  | 1,187.06     |
| 6295 · Telephone & Communications - Other        | 6,786.57     |
| **Total 6295 · Telephone & Communications**      | 9,073.64     |
| **6350 · Travel Expense**                        | 422.77       |
| **6390 · Utilities**                             | 4,289.37     |
| **6500 · Wages/Payroll**                         |              |
| 6502 · Accrued Payroll Wage Expen                | 0.00         |
| 6510 · Admin/Clerical Wages                      | 161,265.11   |
| 6515 · Billing - Wages                           | 4,769.24     |
| 6525 · HR Wages                                  | 91,688.29    |
| 6526 · IT- Wages                                 | 90,596.10    |
| 6527 · Holiday Bonus                             | 8,000.00     |
| 6530 · LVN Wages                                 | 145,310.71   |
| 6535 · Marketing  Wages                          | 271,796.54   |
| 6540 · MSW - Wages                               | 265.00       |
| 6542 · Wages - Other                             | 34,664.06    |
| 6543 · Occuptional Therapy - Wages               | 36,686.84    |
| 6544 · Physical Therapy  - Wages                 | 205,211.00   |
| 6545 · RN Wages                                  | 833,557.74   |
| 6546 · RN Coder - Wages                          | 50,010.00    |
| **Total 6500 · Wages/Payroll**                   | 1,933,820.63 |
| **6550 · Taxes - Payroll**                       |              |
| 6560 · Payroll Expenses (lumped)                 | 0.00         |
| 6561 · Futa (940 Tax)                            | 4,507.80     |
| 6562 · Medicare Tax                              | 192,548.06   |
| 6563 · Social Security Tax                       | 816,243.92   |
| 6564 · State Unemp Tax (TWC)                     | 235,378.73   |
| **Total 6550 · Taxes - Payroll**                 | 1,248,678.51 |

1:24 PM

11/08/24

Cash Basis

**American Medical Home Health Services - San Antonio LLC**
**Profit & Loss**
January through December 2023

|  | Jan - Dec 23 |
|---|---:|
| 6600 · Wages PHC - Payroll | |
| 6602 · PHC - Provider Wages | 10,295,865.21 |
| 6603 · Accrued PHC Provider Wage Exp | 0.00 |
| 6605 · PHC Admin/Clerical Wages | 6,849.59 |
| 6610 · PHC - Billing Wages | 27,200.00 |
| 6615 · PHC - Coordination Wages | 141,790.64 |
| 6620 · PHC - EVV Wages | 45,760.00 |
| 6625 · PHC - Field Superv. Wages | 266,686.43 |
| 6635 · PHC - Manager | 21,341.52 |
| 6645 · PHC - RN-Class Wages | 25,722.78 |
| 6600 · Wages PHC - Payroll - Other | 200.00 |
| **Total 6600 · Wages PHC - Payroll** | **10,831,416.17** |
| 6800 · Taxes - Property | 5,417.30 |
| 5100 · Operating Expense - Other | 1,165.74 |
| **Total 5100 · Operating Expense** | **16,162,142.40** |
| 66900 · Reconciliation Discrepancies | -0.45 |
| **Total Expense** | **16,162,141.95** |
| **Net Ordinary Income** | **-635,855.44** |
| Other Income/Expense | |
| Other Income | |
| 7000 · Other Income | |
| 7020 · Interest Income | 665,445.89 |
| 7000 · Other Income - Other | 180.08 |
| **Total 7000 · Other Income** | **665,625.97** |
| **Total Other Income** | **665,625.97** |
| Other Expense | |
| 7200 · Other Expense | |
| 7205 · Interest Expense | 37,835.54 |
| 7210 · Penalties & fines | 7,398.41 |
| **Total 7200 · Other Expense** | **45,233.95** |
| **Total Other Expense** | **45,233.95** |
| **Net Other Income** | **620,392.02** |
| **Net Income** | **-15,463.42** |

# 2023 TAX RETURN WILL BE FILED UNDER SEAL UNDER A SEPARATE DOCKET NO.

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE: **American Medical Home Health**
       **Services-San Antonio, LLC**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____**11/09/2024**_____     Signature _____**/s/ Robert Dojonovic**_____

                                                    Robert Dojonovic, President

A.C.L.S., Inc.
6655 First Park Ten Blvd Suite 210
San Antonio, TX 78213

All Seasons Home Care
1602 Farragut Street
Laredo, TX 78040

All Seasons Home Care, Inc.
c/o Jefferson Cano
Emma Cano
Will Davidson
112 East Pecan Street Suite 1650
San Antonio, TX 78205

All Seasons Home Care, Inc.
104 W. Huntington Street
Beeville, TX 78102

All Seasons Home Health &
Palliative Care
15420 Nacogdoches Road
San Antonio, TX 78247

All Seasons Hospice of Texas
15420 Nacogdoches Road
San Antonio, TX 78247

AlphaCare Health Solutions
206 Carnousty Drive
Cibolo, TX 78108

Ambrosio "Ambrose"
Hernandez
3404 San Eduardo Street
Mission, TX 78572

ANG-A Nava & Glander
13409 NW Military Hwy Suite 300
San Antonio, TX 78231


Assured Benefits
PO Box 679145
Dallas, TX 75267


Bmark 2020-B18 Brass
Professional II, LLC
84 NE Loope 410 Suite 149
San Antonio, TX 78216


Brass Centerview 2012, LLC
PO Box 4737
Houston, TX 77210


Cameron Operations
Corproation
1411 N Stuart Place Road Suite A
Harlingen, TX 78552


Cameron Operations
Incorporated
1411 N Stuart Place Road Suite A
Harlingen, TX 78552


Cameron Operations, Inc.
1411 N Stuart Place Suite A
Harlingen, TX 78552


Christine B Gomez
1022 Forest Oak Drive
Portland, TX 78374

Christine B. Gomez
6321 Revolution Drive
Corpus Christi, TX 78413


Christine B. Gomez
5541 Bear Lane No 218
Corpus Christi, TX 78405


Coastal Home Health Care
227 N FM 3167 Space B
Rio Grande City, TX 78582


Coastal Home Health Care
6655 First Park Ten Blvd Suite 210
San Antonio, TX 78213


Coastal Home Health Care
6000 Staple Street Suite 403B
Corpus Christi, TX 78413


Conquest Pharmacy
PO Box 1047
Richmond, TX 77406


Culligan
211 Overlook Drive Suite 1-4
Sewickley, PA 15143


Datalogic Software
1605 W Tayler Avenue
Harlingen, TX 78550

De Lage Landen Financial
Services, Inc.
PO Box 41602
Philadelphia, PA 19101

Deluxe Business
PO Box 7247
Philadelphia, PA 19170

DME Expres
PO Box 679654
Dallas, TX 75267

Enclara Pharmacia
PO Box 745791
Atlanta, GA 30374

ETC Lite, LLC
PO Box 700970
San Antonio, TX 78270

Fact Institute
13032 Nacadoches Road Suite 207
San Antonio, TX 78217

Enrique Galvan
1100 Winding Way Street
Del Rio, TX 78840

Honest Medical
1935 Avenida Del Oro Suite E
92056

Humana Pharmacy
PO Box 223882
Pittsburgh, PA 15251

Internal Revenue Service
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

Intuit
2700 Coast Avenue
Mountain View, CA 94043

KD Quality Coding
1754 High Ridge Drive
Blanchard, OK 73010

Konica Minolta
PO Box Box 070241

Legacy Home Care Services,
Inc.
c/o Jefferson Cano
Emma Cano
Will Davidson
112 East Pecan Street Suite 1650
78205

Legacy Home Health Agency,
Inc.
c/o JEFFERSON CANO
Emma Cano
Will Davidson
112 East Pecan Street Suite 1650
San Antonio, TX 78205

Legacy Home Health Agency,
Inc.
c/o Jefferson Cano
Emma Cano
Will Davidson
112 East Pecan Street Suite 1650
San Antonio, TX 78205

Legacy Hospice Care, LLC
6655 First Park Ten Blvd. Suite 210
San Antonio, TX 78213


Legado Management, LLC
c/o Ambrose Hernandez
6655 First Park Ten Blvd Suite 210
San Antonio, TX 78213


Legatus Leasing, LLC
6655 First Park Ten Blvd Suite 210
San Antonio, TX 78213


Mangrove Properties
1405 N. Stuart Place Road Suite A
Harlingen, TX 78552


McKesson
PO Box 63440
Cincinnati, OH 45263


Medicare Exchange LLC
6655 First Park Ten Blvd Suite 210
San Antonio, TX 78213


MLB Therapy Services PC
7970 Therapy Services Road Suite
101-708
San Antonio, TX 78229


New Way Medical
PO Box 679672
Dallas, TX 75267

Office of The United States
Trustee
515 Rusk Street Suite 3516
Houston, TX 77002


Optum Financial, Inc
11000 Optum Circle
Eden Prairie, MN 55344


Palmetto GBA LLC
2300 Springdale Drive
Camden, SC 29020


PN2, Ltd
1445 north Loop W Suite 398
Houston, TX 77008


Premium Med Billing Services
LLC
PO Box 592437
San Antonio, TX 78259


Reich Enterprises, Inc.
PO Box 81281
Corpus Christi, TX 78468


Renee Z. Hernandez a/k/a
Renee Z. Sanchez
3404 San Eduardo Street
Mission, TX 78572


Renee Z. Hernandez aka
Renee Z. Sanchez
6655 First Park Ten Blvd Suite 200
San Antonio, TX 78213

Restorative Health Care
2522 Buddy Owens Blvd Bldg A
Mcallen, TX 78504


Restorative Health Care of
South Texas
8600 Wurzbach Road Suite 700
San Antonio, TX 78240


Restorative Health Services,
LLC
c/o Jefferson Cano
Emma Cano
Will Davidon
112 East Pecan Street Suite 1650
San Antonio, TX 78205

Retro Tax
920 W. 79th Street
Indianapolis, IN 46260


RPSA Law
c/o Sylvia Cardona
Nathan Ketterling
755 East Mulberry Suite 200
San Antonio, TX 78212

Spectrum
PO Box 60074
City of Industry, CA 91716


Stericycle
28883 Network Place
Chicago, IL 60673


STX D&D Investments, Inc.
2011 Musser Street
Laredo, TX 78043

Toshiba
PO Box 550599
Jacksonville, FL 32255

TXU Energy
PO Box Box 650700
Dallas, TX 75265

Ubeo LL
11827 Tech Com Road Suite 200
San Antonio, TX 78233

United Community Investors,
L.P. dba Summit IV
801 N St. Mary's
San Antonio, TX 78205

US Bank Equipment Finance
PO Box 790448
Saint Louis, MO 63179

US Small Business
Administration
2 North 20th Street Suite 320
Birmingham, AL 35203

WayStar
1311 Solutions Center
Chicago, IL 60677

WellSky
PO Box 207613
Dallas, TX 75320

Whyte Appeals
310 W. Sunset St.
San Antonio, TX 78209


Xerox
PO Box 674911
Dallas, TX 75267